LEE BROTHERS, INC., v. CARABAO BUILDING CO., INC., and Others.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PETER F. WENDEL and Another v. DENNIS CONNOR, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ARNOLD GOLDBERG and Another, Respondents, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Judgment and order reversed, with costs to the appellant and motion denied, with ten dollars costs, on the ground that the motion was made under rule 104 of the Rules of Civil Practice and not made within twenty days from service of the answer sought to be stricken out;* and on the further ground that issues of fact are raised which should be submitted to a jury. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the Late BOUDINOT KEITH, as Administrator, etc., of JANE M. BOUDINOT, Deceased, etc.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FRANCIS L. BURNS and Another, as Executor and Executrix, etc., of MICHAEL F. BURNS, Deceased, Respondents, v. BURNS BROS., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MAX SCHLESINGER & SONS, INC., Respondent, v. F. P. MAUPAI DYEING CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BELLE LICHTERMAN, Appellant, v. JOHN GLENNON, Defendant, Impleaded with DRUBIN FUNERAL CAR COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LOUIS A. RUSSO, Appellant, v. JESSE FROEHLICH, Respondent.— Orders modified by striking out the words " on the law side of the Court," which limit the right of the plaintiff to serve an amended complaint, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, with leave to the plaintiff to serve an amended complaint on payment of ten dollars costs awarded to defendant by the orders appealed from. Plaintiff can still, if he so desires, serve a complaint in equity which will be good if he asks as alternative relief an accounting and retransfer of the stock in question or a return of the moneys paid. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JEROME REALTY COMPANY, a Domestic Corporation, Respondent, v. CARLO ARRIGHI, Doing Business, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JEROME REALTY COMPANY, a Domestic Corporation, Respondent, v. CARLO ARRIGHI, Doing Business, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ABYNA WOLFE, Respondent, v. RIALTO SIGHTSEEING & TRUCKING CO., INC., Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

* See Rules Civ. Prac. rule 105.— [REP.